UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Javis D., | File No. 26-cv-1751 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *in her official capacity as Attorney General of the United States*; Kristi Noem, *in her official capacity as Secretary of the Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and James Arnott, *in his official capacity as Sheriff of Greene County*, | |
| Respondents. | |

---

Petitioner Javis D. is a citizen of Liberia who was detained in Minnesota by ICE agents on December 6, 2025. Pet. [ECF No. 1] ¶¶ 3–4. Javis filed a Verified Petition for Writ of Habeas Corpus on March 5, 2026, seeking his release. *See* Pet. At the time Javis's Petition was filed, he was detained in Missouri. *See* Pet. ¶¶ 1, 20, 51.

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by

whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, No. 26-cv-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026); *accord* Order at 1–2, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB) (D. Minn. Jan. 28, 2026), ECF No. 3; Order at 2–3, *Angel A. v. Lyons*, No. 26-cv-777 (SRN/ECW) (D. Minn. Feb. 2, 2026), ECF No. 7. This exception does not apply here. It is undisputed that Javis was detained in Missouri at the time he filed his Petition. *See* Pet. ¶¶ 1, 20, 51; ECF No. 4 at 2. Accordingly, the Court lacks jurisdiction over Javis's Petition, and the Petition will be dismissed without prejudice to its re-filing in Javis's current district of confinement. *See* ECF No. 4 at 2 (stating that "[i]f the Court determines that jurisdiction is lacking, it is the Petitioner's position that the Petition should be dismissed without prejudice to refiling in the Western District of Missouri, where the Petitioner is currently located, in the Greene County Jail").

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Petitioner Javis D.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 9, 2026  
Time: 10:42 a.m.

s/Eric C. Tostrud  
Eric C. Tostrud  
United States District Court