# UNITED STATES DISTRICT COURT
## District of Minnesota

Javis Felton Davies

Petitioner

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons,
David Easterwood, James Arnott

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01751-ECT-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioner Javis D.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

Date: 3/9/2026

KATE M. FOGARTY, CLERK